IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| JOE EDWARD DAVIS | ) | | |
| | ) | | |
| v. | ) | Case Nos. | 2:09-CV-8026-KOB-TMP |
| | ) | | 2:06-CR-192-KOB-TMP |
| UNITED STATES OF AMERICA | ) | | |

O R D E R

On November 19, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 be denied. No party filed any objections.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby DENIED.

DONE and ORDERED this 14th day of December 2009.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE